Carter, Appellant, *v.* Producer's Oil Company, Limited.

Argued May 24, 1901.   Appeal, No. 144, Jan. T., 1901, by
plaintiff, from decree of C. P. Warren Co., June T., 1899,
No. 18½, affirming report of appraiser in case of John J. Carter
v. Producers' Oil Company, Limited.   Before McCollum, C. J.,
Mitchell, Fell, Mestrezat and Potter, JJ.   Affirmed.

Opinion by Mr. Justice Mitchell, October 11, 1901:

This was a cross-appeal from the same decree as in No. 70,
just decided (ante, p. 579), and the questions raised by it have
been discussed and decided in the opinion there filed.

Decree affirmed.